■ In the Matter of CONCRETE APPLIED TECHNOLOGIES CORPORATION, Doing Business as CATCO, Respondent, v COUNTY OF ERIE et al., Appellants. [17 NYS3d 347]—Motion for leave to ap-

peal to the Court of Appeals denied. Present—Centra, J.P., Lindley, Whalen and DeJoseph, JJ.